IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN LUIS GARCIA,

        Plaintiff,

v.                                                        No. CV 21-176 MV/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff John Luis Garcia's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 18), filed September 7, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **September 17, 2021**, to serve his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **November 16, 2021**, to serve his Response, and Plaintiff through **November 30, 2021**, to serve his Reply.

**IT IS SO ORDERED**.

                                                     THE HONORABLE CARMEN E. GARZA
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.